January 23, 1894.

---

[Criminal No. 85.]

TERRITORY OF ARIZONA, Respondent, v. FRANK H. HOWARD, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. R. E. Sloan, Judge.

Charles Weston Wright, for Appellant.

Francis J. Heney, Attorney-General, for Respondent.

PER CURIAM.—By authority of *Hunter* v. *Territory, ante,* p. 197, and *May* v. *Territory, ante,* p. 300, (decided at this term,) on motion of the attorney-general, the appeal in this case is dismissed.